# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:21-mj-1221-EJK

**KENNETH HARRELSON**

AUSA: Karen Gable
Defense Attorney: Ken Barlow

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **March 11, 2021**<br>3:04 P.M.- 3:20 P.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 16 minutes |
| DEPUTY CLERK: | T. LeGros | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | N/A | PRETRIAL: | Juan Cabrera |

### CLERK'S MINUTES
### INITIAL APPEARANCE
### (Rule 5C – District of Columbia)

**Defendant was arrested today.**

Case called, appearances made, procedural setting by the Court.
Defendant has retained counsel.
Court advises defendant of his rights, including Rule 20 rights.
Government advises defendant of the counts in the Indictment and potential penalties
Defendant requests court appointed counsel; Court appoints FPD for proceedings in the MDFL.
Defendant waives Rule 5 & 5.1 hearings as to identity
PE and Detention hearing set for Monday 3/15/2021 at 1:00 before this court; Order to enter.
Court advises of Due Process Protection Act.
Court adjourned.